

# Certificate of Completion

awarded to:

# Kim Westmoreland

True Colors Workshop

Date 4/4/07

Signed

# Certificate of Completion

Awarded To

## Kim Westmoreland

For successfully completing 4 hours of educational training in the
Social Development

Congratulations!

This certificate is hereby issued this 21 day of October 2004

_Melanie Danyliw_
Community Outreach Program Coordinator

_Dianne Wilson_
Dianne Wilson
Supervisor of Education

# Certificate of Achievement

### This certifies that

KIMBERLY WESTMORELAND

### has satisfactorily completed

EVERYDAY LIFESKILLS

Consisting of ___10___ Hours of Training

This certificate is hereby issued this ___20___ day of ___APRIL___, 20 _10_



_____
MRS. MARTIN, EDUCATION SPECIALIST

_____
MRS. BOWLING, S.O.E.

# Certificate of Achievement

## Kimberly Westmoreland
## 66184-061

has successfully completed the
Healthy Relationships Group
at the
Federal Correctional Institution
Waseca, Minnesota

November 17, 2009

J. Reyna, M.A.
Psychology Practicum Student

A.A. Boncher, Psy.D., LP
Chief Psychologist

# Certificate of Completion

This document certifies that

## Westmoreland, Kimberly

is hereby congratulated for her
successful completion of the

## Living As If...

group at the Federal Correctional Institution,
Waseca, Minnesota

August 7, 2009

_____
Drug Treatment Specialist

_____
Drug Treatment Specialist

# CERTIFICATE of ATTENDANCE

The individual below participated in the SkillPath workshop



**SkillPath**
On-Site Training
Achievement
Through
Learning

Robert R. Garr, President

SkillPath is registered with the National Association of States Boards of Accountancy (NASBA) as a sponsor of continuing professional education on the National Registry of CPE Sponsors. State boards of accountancy have final authority on the acceptance of individual courses for CPE credit. Complaints regarding registered sponsors may be addressed to the National Registry of CPE Sponsors, 150 Fourth Avenue North, Suite 700, Nashville, TN 37219-2417. Web site www.nasba.org. This seminar qualifies for 6 CPE credits. No prerequisite courses, advance preparation or experience is required for admittance to the seminar. For more information regarding administrative policies such as complaint and refund, please contact our offices at 1-800-873-7545.

In accordance with the standards of the National Registry of CPE Sponsors, CPE credits have been granted based on a 50-minute hour. National Registry of CPE Sponsors identification number 107031. Field of study: Personal Development. Group-live delivery.

**CPE**
SPONSORS

## Changing Negative
Thinking Through
Cognitive Behavior
Therapy

Participant Name

Course City and State

Date

**SKILLPATH ON-SITE TRAINING**

*a division of The Graceland College Center for Professional Development and Lifelong Learning, Inc.*

6000 Squibb Road · P.O. Box 522 · Mission, KS 66201-0522
Phone: 800-767-7545 · Fax: 913-677-3224

# COMPLETION AWARD

This certifies that

**K. WESTMORLAND #66184-061**

has completed all necessary requirements of the

Parenting I & II Course at the Secure Female Facility Hazelton

on the 23rd day of October 2007.

M. BUTLER, EDUCATION SPECIALIST

*M.B.*



D. BLAKNEY, SUPERVISOR OF EDUCATION

# Certificate of Completion

Awarded To

## Kim Westmoreland

For successfully completing a Parenting Workshop on

### Parenting Communication

Congratulations!

This certificate is hereby issued this 12th day of October 2005



_Dianna J. Wils_
Dianne Wilson
Supervisor of Education

_C. McGuire_
Christianne McGuire
Parenting Coordinator



# Certificate of Achievement

*awarded to:*

## Kimberly Westmoreland

### *For Successful Completion of the*

*Anger Management Group at
FCI, Danbury, Connecticut.*

October 6, 2006
—————————
Date

Dr. D. Rentler, Staff Psychologist

# Certificate of Completion

Awarded To:

## Kimberly Westmoreland

For successfully completing eight weeks of



## Self-Esteem Class

Let it be known on this 4th day of March, 2005



E. Zablowske, A.C.E. Coordinator

D. Wilson, Supervisor of Education

# CERTIFICATE

*Presented to*

## Kim Westmoreland

For successfully completing the course

### *BOUNDARIES IN MY RELATIONSHIPS*

with instructor Janet Horst.

Awarded today, Thursday, June 10, 2004.

José O. Estrella, Chaplain

# Certificate of Participation

## Awarded To:



# KIM WESTMORELAND

## For Participation in the

# POWER OF INTENTION

# WORKSHOP

_Susan M. Folk_

Susan M. Folk, Unit Manager

1/10/09

Date

# Certificate of Achievement

## This certifies that

KIMBERLY WESTMORELAND

### has satisfactorily completed

BASIC PARENTING

Consisting of ___2___ Hours of Training

This certificate is hereby issued this __24TH__ day of __NOVEMBER__, 20_10_.






_____
D. MCVEY, PARENTING INSTRUCTOR

_____
JOY BOWLING, S.O.E.

# Certificate of Achievement

## This certifies that

KIMBERLY WESTMORELAND

## has satisfactorily completed

SOS PARENTING

## Consisting of ___12___ Hours of Training

This certificate is hereby issued this ___11TH___ day of ___APRIL___, 20 __11__



S. GOINS, PARENTING INSTRUCTOR



JOY BOWLING, S.O.E.

# Certificate of Achievement

This certifies that

*Kimberly Westmorland*

Has satisfactorily completed

*SOS Parenting*

Consisting of 12 Hours of Training

This certificate is hereby issued this 18 day of April, 2011



S. Goins, Parenting Instructor

Joy Bowling, S.O.E.

# Certificate of Achievement

## This certifies that

KIMBERLY WESTMORELAND

### has satisfactorily completed

SEXUAL ASSAULT

Consisting of __2__ Hours of Training

This certificate is hereby issued this __15TH__ day of __FEBRUARY__ , 20 __11__



FAMILY RESOURCE CENTER



JOY BOWLING, S.O.E.



# Alternatives to Violence Project

A Program of
Friends for a Nonviolent World

This is to certify that

*Kimberly Westmoreland*

Has Satisfactorily Completed a Basic Level Workshop in
Nonviolent Conflict Resolution

*Judith Serval Rae*
Lead Facilitator

*Sept 13, 2009*
Date



# Alternatives to Violence Project

A Program of
Friends for a Nonviolent World

*This is to certify that*

*Kimberly Westmoreland*

*Has Satisfactorily Completed an Advanced Level Workshop in Nonviolent Conflict Resolution*

Lead Facilitator

October 1, 2009

Date

# Certificate of Achievement

## Kimberly Westmoreland
### 66184-061

has successfully completed the
Self-Esteem Group
at the
Federal Correctional Institution
Waseca, Minnesota

March 4, 2009

_C. Lind, M.A._
Psychology Practicum Student

_A.A. Boncher, Psy.D., LP_
Chief Psychologist



## This is to officially recognize

*Kim Westmoreland*

### for completing the eight-hour
### Anger Resolution Program at the
### Secure Female Facility - Hazelton, West Virginia.

May 31, 2007
Date

*Susan Folke*
Instructor



# Certificate of Completion



Presented to:

*Kimberly Westmoreland*

in recognition for completing the five-session

# Emotional Management Group

## Non-Residential Drug Abuse Program

Federal Correctional Institution
Waseca, Minnesota

February 2 through March 4, 2009

Mitch Moore
Drug Treatment Specialist



This is to officially recognize

**Kim Westmoreland**

for completing the
Victim Impact Training at the Secure Female Facility
Hazelton, West Virginia.

November 3, 2008
Date

Susan Folk, Administrator
Staff Sponsor

# Certificate of Achievement

## Kimberly Westmoreland
### 66184-061

has successfully completed the
Criminal Lifestyles class
at the
Federal Correctional Institution
Waseca, Minnesota

July 14, 2009

D. R. Moody, PH.D., M.B.A.
Clinical Psychologist

# *CERTIFICATE of ACHIEVEMENT*

Be it hereby known that:

## *K. Westmoreland*, #66184-061

## Successfully Completed,

the Eight-Session

## "Trauma in Life Workshop"

at the U.S. Secure Female Facility, Hazelton, West Virginia

SEPTEMBER 2008

_____

G. Grimm, Specialty Program Co-ordinator

## Margaret McEvoy – Westmoreland, Kim 66184-061

**From:** David Parr
**To:** McEvoy, Margaret
**Date:** 7/24/2006 12:56:01 PM
**Subject:** Westmoreland, Kim 66184-061

She successfully completed all requirements of the 12-session Long Term Sentence Support Group. She was an enthusiastic member of the group and offered constructive feedback to peers.

# Certificate of Completion

Presented to:

## Kimberly Westmoreland

For completion of the Resolve Program's
Trauma in Life Workshop
at FPC Alderson

October 24, 2011

Dr. Smith
Resolve Program Coordinator

# Certificate of Completion

Presented to:

## Kimberly Westmoreland

in recognition for your completing 69 hours of group therapy in the

### NEW DIRECTION

Non-Residential Drug Abuse Program

Federal Correctional Institution

Waseca, Minnesota

May 4 through August 31, 2009

_Mitch Moore_

Mitch Moore, M.S.
Drug Treatment Specialist
Licensed Alcohol and Drug Counselor



# Certificate of Achievement

*awarded to:*

## Kimberly Westmoreland

### For Successful Completion of the
*Relapse Prevention for Offense Conduct Group*
*FCI, Danbury, Connecticut.*

August 31, 2005
Date

Dr. D. Rentler



# Certificate of Completion

Presented to

## Kimberly Westmoreland

For completion of the Drug and Alcohol Education Program
at the Federal Correctional Institution,
Danbury, Connecticut, on September 2, 2005

Randall Petagine
Drug Treatment Specialist

Michele D. Walsher, Psy. D
Drug Abuse Program Coordinator

# Certificate of Attendance

*Presented to:*

## Kim Westmoreland

*in recognition for 5 weeks self-help group participation in*

## NARCOTICS ANONYMOUS

*Thursday Topic Meeting*
*Federal Correctional Institution*
*Waseca, Minnesota*

*December 12 through 29, 2008*

Mitch Moore, M.S.
Drug Treatment Specialist

Alcelia Brown
Chairman





# Certificate of Completion

Presented to:

*Kimberly Westmoreland*

in recognition for completing the NRDAP / RPP Class

*New Start*

**An introduction to change from addictive behaviors, destructive habits, & unhealthy lifestyles.**

Non-Residential Drug Abuse Program
Federal Correctional Institution
Waseca, Minnesota

April 9, 2009

Mitch Moore, M.S.
Drug Treatment Specialist

# Certificate of Attendance

Presented to:

## Kim Westmoreland

in recognition for your continued attendance and participation in the

### Alcoholics Anonymous Big Book Study Group

Federal Correctional Institution
Waseca, Minnesota

April 6 through June 29, 2009

Mitch Moore, M.S.
Drug Treatment Specialist

Jacqueline Bridges
Chairman

# Certificate of Achievement

*This certifies that*

KIM WESTMORELAND

*has satisfactorily completed*

## ALCOHOLICS ANONYMOUS

*Consisting of 12 Hours of Training*

This certificate is hereby issued this ___20TH___ day of ___JULY___, 20 10

*Sharon Sizemore*

Sharon Sizemore, M.A.
Drug Abuse Treatment Specialist

# Planet Earth



## Kimberly Westmoreland

has completed the requirements for completion
of the Adult Continuing Education Course

Planet Earth

at F.C.I. Waseca, Minnesota.

September 1, 2009

_Planet Adult Continuing Education Coordinator_

# Legal Research

## Kimberly Westmoreland

has completed the requirements for completion
of the Adult Continuing Education Course
Legal Research
at F.C.I. Waseca, Minnesota.

J Hoppa, Adult Continuing Education Coordinator

June 30, 2009

# Blue Planet

## Kimberly Westmoreland

has completed the requirements for completion
of the Adult Continuing Education Course

Blue Planet

at F.C.I. Waseca, Minnesota.

_J. Kurpjuweit, Adult Continuing Education Coordinator_

June 1, 2009

# Pursuing Correspondence
# Courses & Scholarships

## Kimberly Westmoreland

has completed the requirements for graduation
of the Adult Continuing Education Course
Pursuing Correspondence Courses & Scholarships
at F.C.I. Waseca, Minnesota.



J. Murphy, Adult Continuing Education Coordinator

October 14, 2009



THE HADLEY SCHOOL FOR THE BLIND

700 Elm Street Winnetka, Illinois 60093

SINCE 1920

LIFELONG LEARNING

This Certificate of Achievement is awarded to

*Kimberly A. Westmoreland*

for the completion of

*Macular Degeneration*

with a grade of A on July 18, 2011.

Charles E. Young, President

Dawn E. Turco, Senior Vice President

THE HADLEY SCHOOL FOR THE BLIND

February 28, 2011

Kimberly Westmoreland #66184-061
Federal Prison Camp-Alderson
P.O. Box A, A2
Alderson, WV 24910-0990

Hi Kimberly,

Thank you for your first assignment of Macular Degeneration.

On question one, you gave an accurate explanation of how a healthy eye functions.

MD can affect visual functioning in many ways. Lighting is critical. As you probably know, young people develop macular degeneration although many more are older.

Many people with macular degeneration have said that visual impairment just snuck up on them because it was so gradual that small changes did not seem evident. Do you agree with this assessment of the experience?

Keeping up with the needed adjustments is an ongoing effort for anyone. Hadley can help with information and support along the way. No one should be forced to handle those challenges alone! Please ask questions and I will try to find the answers for you.

On the third question, we ask you to list some major risk factors for developing Macular Degeneration (such as getting older or smoking or not having a healthy diet) but you answered it as how it impact her including possible blindness. It seems you do know the difference, yes?

700 Elm Street, Winnetka, Illinois 60093-2554 • 847-446-8111 • Fax 847-446-9916 • www.hadley-school.org



So, well done otherwise! Your grade is "B". If you'd like to improve your grade, please send along a list of risk factors for someone who might develop it. Okay?

Sincerely,

Don Golembiewski
1-800-323-4238

700 Elm Street, Winnetka, Illinois 60093-2554 • 847-446-8111 • Fax 847-446-0917 • www.hadley.edu

THE HADLEY SCHOOL FOR THE BLIND

May 23, 2011

Kimberly Westmoreland #66184-061
Federal Prison Camp-Alderson
P.O. Box A, A2
Alderson, WV 24910-0990

Hi Kimberly,

==Thank you for your second assignment and additional materials
for #1 of Macular Degeneration.==

I appreciate your comments on the quality of your mother's
doctor visits.

Your explanation sounds quite positive and calm. Not everyone
has a satisfied experience as we know. I wish everyone could
have a positive experience getting solid information and advice
from ophthalmologists.

Knowing about resources and being assertive are two very critical
factors in successful medical care and rehabilitation. It seems like
you have what it takes to ask tough questions and to better deal
with doctors!

I believe that almost any type of intervention is so important to
people dealing for the first time with visual impairments.

Talking books, low vision services, rehabilitation teaching,
support groups or Hadley need to be contacted so that an
individual has a range of positive options available to them.

I trust she has already considered these and other rehabilitation
services. Yes?

I do hope the information in this course helps you in many ways. That's one of the neat things about Hadley – information that is useful.

You again did a good job completing this assignment and your grade is "A" and I changed your grade for #$1 to an "A" as well.

Thanks again and I look forward to hearing from you soon.

Let me know if you have any questions.

Sincerely,

Don Golembiewski
1-800-323-4238

THE HADLEY SCHOOL FOR THE BLIND

July 18, 2011

Kimberly Westmoreland #66184-061
Federal Prison Camp-Alderson
P.O. Box A, AZ
Alderson, WV 24910-0990

Hi Kimberly,

Thank you for your final three assignments for Macular Degeneration.

On assignment three, I like how you explained the low vision experience and how low vision aids can be utilized.

I appreciate reading what your mother has found to be difficult or that she has given up.

Motivation is such a big factor in getting people to continue independent activities with the aids available through rehabilitation agencies.

If the person with low vision knows what is important, he or she can target their best aid to work in that area.

You also correctly explained using eccentric viewing techniques. Many people do find it hard or frustrating to do well but with practice, it can be mastered.

And you listed some optical aids for different uses. CCTVs are great and most people use a variety of optical aids from small portable ones to CCTVs.

You did a good job completing this assignment and your grade is again "A".

==Thank you for your fourth assignment of Macular Degeneration and thanks for being so diligent.==

Lighting is so important. It is usually best to sit with it coming from behind or at least the side when trying to read. Others like overhead lighting. Has she tried a larger wattage bulb?

You have already made some good observations about lighting and glare. Some people like the Halogen or full spectrum bulbs that tend to be a whiter or "cleaner" type of light in a lamp.

You may know of Giraffe and other companies that sell floor lamps on casters that can be easily wheeled from room to room and that helps a lot.

I usually suggest having diffuse natural light that is augmented by task lighting that is below eye level and focused on the print or other objective. "Below eye level" is critical to reduce glare and I have found many people have benefited from wearing optical filters (Solarshields) indoors for near vision tasks aided by additional task lighting. It seems to work for some.

I once worked with a fellow who could only read in natural light. He put his reading chair near a window that provided good light during parts of the day and some seasons. To read at other times, he'd go outside even in winter in Wisconsin!

I also suggest almost any type of color contrast material that can help people find the edges of cupboard doors, counter tops, tables, etc. It doesn't take much but it really helps. I've used small strips of black electrical tape on light colored countertops or tables successfully. It can also be used to put stripes on tools or containers for easier location and identification.

Keeping a small but bright flashlight around for spot-checking dials and labels and such can be very useful. I also recommend using "miner's headlights" sold at camping stores for hands-free

light. Because the better and lighter ones have LED bulbs, the batteries last a very long time. Recreational pursuits do not have to be given up. Many games can be adapted such as cards, table games and bowling while attending sports and cultural events often need no adaptations at all.

That's all from me on this one. Nice work. Your grade is "A" on this lesson.

Thank you for your final assignment of Macular Degeneration.

Congratulations! You did an excellent job on this course.

I agree with your answers to the questions on adjustment. It is usually hard to pinpoint someone's stage, as the lines are a bit moveable and may be more like generalizations. Many people say it is harder for friends or family members to deal with it than for the person with AMD.

The phases of adjustment are pretty typical but not mandatory and they last for varying amounts of time. People do go forward and backward as well.

The succumbing and depression phase is characterized by continual anxiety, a sense of being overwhelmed, and often the inability to get out of bed.

The shock and denial phase, as evidenced by the person ignoring the loss of vision, is attributing the occurrences to other factors.

And finally, the self acceptance and self esteem phase is evidenced by the positive tone, the apparent ability to overcome obstacles, and the willing participation in a self-help group.

You are correct with the Charles Bonnet Syndrome answer but always remember that seeing shapes and patterns may not be dangerous but need to be discussed with an eye care or other health care provider if someone notices changes.

Congratulations again! Your final grade is "A".

Your Certificate of Completion will be printed within two weeks and sent shortly thereafter.

Thanks again for your hard work!

Sincerely,

Don Golembiewski
1-800-323-4238

# THE HADLEY SCHOOL FOR THE BLIND

700 Elm Street Winnetka, Illinois 60093



This Certificate of Achievement is awarded to

*Kimberly A. Westmoreland*

for the completion of

*The Human Eye*

with a grade of A on December 14, 2010.

_____
Charles E. Young, President

_____
Dawn E. Turco, Senior Vice President



July 23, 2010

Ms Kimberly Westmoreland #66184061
Federal Prison Camp Alderson
Attn. Ms Marsfield. Educ. Dept.
P.O. Box A, Cottage A-1
Alderson, WV 24910-0990

Dear Kimberly,

Thank you for your answers to lesson 1 for the Hadley course on the human eye. I'm glad that you have gotten started with this course and I trust that it will be helpful to you and your family in understanding your mother's vision loss. Thanks for the correction of your number and also that it is best to send your lesson attn. Ms. Marsfield.

In lesson 1 you earn a grade of A+ with a good description of eye protection and also in question 10 on the cause of decreased vision in both eyes when there is injury to only one side of the brain. You may want to note the position of the optic chiasm where the parts of the optic nerve cross over.

Try to continue to do as many of the practical applications as you can, for they are worth five points and will make the course more meaningful. In this first lesson we just want to make sure that you know where those various parts of the eye are.

Keep up the good work and I look forward to hearing from you again.

Sincerely,

*Naomi Tuttle*

Naomi Tuttle, instructor
The Hadley School for the Blind
e-mail: tuttle@hadley.edu

August 13, 2010

Ms. Kimberly Westmoreland #66184001
Federal Prison Camp Alderson
P.O. Box A, Cottage A-1
Alderson, WV 4910-0990

Dear Kimberly,

Thank you for your answers to lessons 2 and 3 for the Hadley course on the human eye. It was good to hear from you again. Thanks also for giving us the name change for Mrs. Wheeler.

Do you have access to the internet? If so you could look up a related article and give me just a brief summary of an article. That would make up for the five extra points.

You mention Cortlinks. I did fill out my application to correspond with you and it seemed to go through. Try to see if you can use it at your end. I did have trouble with doing it with another student in that it wouldn't take my email address (nulte@hadler.ed .)

Mary Miller did write me about taking a Hadley course and I sent a catalogue to her home address, since it sounds like she will soon be released to a half way house, but that sounded doubtful. I will also send a catalogue to you c/o Ms Wheeler. We appreciate your telling people about Hadley.

In lesson 2 you earn a grade of A with many good answers, especially describing the use of dim lighting for an eye exam and also ophthalmoscopy. One goal of this course is to help you become familiar with the various procedures and to feel free to ask questions of the eye doctor. Just one correction, in question 5, children don't outgrow many eye conditions, that's just wishful thinking on the part of parents.

In lesson 3 you also earn a grade of A with a clear description of the various lenses. It helps me to remember that a person with myopia or nearsightedness would wear a minus lens. Are you able to look at a person's glasses to see whether a person is myopic or hyperopic.

Keep up the good work and I look forward to hearing from you again.

Sincerely,

Naomi Tuttle

Naomi Tuttle, instructor
The Hadley School for the Blind
e-mail: tuttle@hadley.edu

THE HADLEY SCHOOL FOR THE BLIND

September 9, 2010

Ms. Kimberly Westmoreland #66184001
Federal Prison Camp Alderson
P.O. Box A, Cottage A-1
Alderson, WV 4910-0990

Dear Kimberly,

Thank you for your answers to lessons 4 and 5 for the Hadley course on the human eye. It was good to hear from you again.

I have forwarded your request to be enrolled in the high school diploma program to Karen Woodfork in Student Services. She will write to you with the details as I don't know them.

I'll try Corrlinks again but I thought I would write this letter in case I can't get in again.

In lesson 4 you earn a grade of A- with especially good comments describing various eye injuries. Have you ever experienced any of the injuries?

In question 4, yes, if a person gets keratitis or inflammation of the cornea from looking at a welding arc or a sun lamp this is a temporary condition that can be treated with drops. If they look at the sun for a long period of time, the macula is burned and this results in permanent loss of vision.

In question 8 a person taking medication would also want to watch for adverse side effects such as an allergic reaction.

Have you ever experienced a corneal injury?

In lesson 5 you seemed in a hurry and your answers were very brief, so you earn a grade of B. In question 5 on double vision or diplopia, often a child will blink a lot and turn their head in order to see better. In time they will suppress the vision in one eye.

In question 6 the definition of amblyopia is deceased visual acuity of one eye, not corrected by glasses with no organic disease present. In question 7 it's important to diagnose strabismus early in a child because it often can't be corrected after age 8. In an adult strabismus might be due to a brain tumor, stroke or bleeding in the brain, so early diagnosis is also important.

With regard to looking at the object first with one eye and then the other, it usually slightly changes position from left to right. Focus should remain the same if your eyes are equal.

Try to make your answers more complete and I look forward to hearing from you again.

Sincerely,

Naomi Tuttle, instructor
The Hadley School for the Blind
e-mail: tuttle@hadley.edu



THE HADLEY SCHOOL FOR THE BLIND

October 13, 2010

Ms. Kimberly Westmoreland #66184001
Federal Prison Camp Alderson
P.O. Box A, Cottage A-1
Alderson, WV 4910-0990

Dear Kimberly,

Thank you for your answers to lessons 6 and 7 for the Hadley course on the Human Eye. It was good to hear from you again. You ask about completing your high school diploma. Some community colleges have such a program. Are there any in or near your home town that you could contact and work through them?

In lesson 6 you also earn a grade of A with a good description of symptoms of conjunctivitis and treatment of allergic conjunctivitis. As you know, this is highly contagious especially among young children who share toys, hugs and clothing.

In lesson 7 you earn a grade of A- mainly because of questions 6 and 11. In question 5, symptoms of posterior uveitis might include blurred vision and minimal pain. In question 6, the main concern about sympathetic ophthalmia is that it attacks the good or uninjured eye that that can occur years later. In question 11, the main symptom of miridia is large pupils and little visible iris.

Keep up the good work and I look forward to receiving your next lessons.

Sincerely,

*Naomi Tuttle*

Naomi Tuttle, Instructor
The Hadley School for the Blind
Email: tuttle@hadley.edu

700 Elm Street, Winnetka, Illinois 60093-2551 • 847-446-8111 • Fax 847-446-9916 • www.hadley-school.edu

THE HADLEY SCHOOL FOR THE BLIND

December 14, 2010

Ms. Kimberly Westmoreland #66184001
Federal Prison Camp Alderson
P.O. Box A, Cottage A-1
Alderson, WV 4910-0990

Dear Kimberly,

Thank you for your answers to lessons 8, 9 and 10 for the Hadley course on the Human Eye. I'm proud of you for successfully completing this course with an overall grade of 93% which is an A for the course. You should receive a certificate of completion from Hadley within a couple weeks.

You ask about taking another course. I would probably not recommend braille unless your mother is using braille. Personally I would recommend the self-esteem and adjusting with blindness course and I will ask student services to sign you up for that one.

Thank you for referring Lisa Casey to Hadley. I will write to her and also to Hadley and request that a catalogue be sent to her.

In lesson 8 you earn a grade of A with good answers describing cataracts. In future courses, be sure to use your own words so we're sure you understand the concepts. For example, I trust you realize that "what the ancients believed" about cataracts is not true, but they are as you describe in question 3, a clouding of the lens. Additional symptoms could include glare, haloes around lights, an absence of the red reflex and possibly a white spot in the pupil.

In lesson 9 you earn a grade of A with an excellent description of the retina. The main cause of ROP is the action of oxygen specifically on those tiny, undeveloped blood vessels in the retina. In question 7, for a person with macular degeneration, the use of contrast helps, for example, a dark placemat with a white plate.

In lesson 10 you earn a grade of A-, with a good description of the eye-brain connection and some conditions that may injure the optic nerve. I agree that

this is the hardest lesson, because our brains are so complicated. I want to clarify question 3. Damage in front of the optic chiasm involves one eye, but behind it involves both, half of each eye. (Check out the diagram of the brain.) In question 9, papilledema is due to increased pressure within the brain, for example caused by a tumor, bleeding in the brain or an infection. (This is the question I took off for.)

I have enjoyed working with you in this course and want to wish you the very best in your future endeavors. It was especially good to work with someone in Greeley. Please return the course evaluation that you will receive, and continue to encourage others to sign up for Hadley courses. Have a blessed holiday season.

Sincerely,

*Naomi Tuttle*

Naomi Tuttle, Instructor
The Hadley School for the Blind
e-mail: tuttle@hadley.edu

# THE HADLEY SCHOOL FOR THE BLIND
700 Elm Street, Winnetka, IL 60093

Dear Kimberly,

Congratulations on the successful completion of your course. The certificate verifying your achievement is enclosed. We hope that you have found the course challenging, enjoyable, and informative.

If you have not enrolled in your next course, please call or write to us as soon as you have made your selection so that you can be immediately enrolled. Also let us know if you need a course catalog or have any questions or comments. If you live in the United States, Canada, or Puerto Rico, call Student Services toll free at (800)526-9909, weekdays between 8:00 a.m. and 4:30 p.m., Central time. Students in other countries may call (847)446-8111. You can also e-mail us at: student_services@hadley.edu.

It would be of great value to us, if you would take a few moments to fill out the enclosed Student Course Evaluation Form. Please include any suggestions you have for improving the course you just completed.

If you have enjoyed this course, please recommend it to a friend or colleague.

We look forward to hearing from you again soon.

Sincerely,

Dawn E. Turco
Senior Vice President