# State of Ohio

## Department of Education

### Ohio High School Equivalence Diploma

This is to certify that

KIMBERLY A RICHARDSON

has shown evidence of general development equivalent to a liberal high school education achieved on the GENERAL EDUCATIONAL DEVELOPMENT TESTS, and is therefore entitled to this Ohio High School Equivalence Diploma.

Given at Columbus, Ohio, this _____ Fourteenth _____ day of _____ December _____ 2001

220041

_Susan Tave Zelman_
Superintendent of Public Instruction

_Jennifer L. Sheets_
President of State Board of Education

_Bob Bowers_
Director, Division of Assessment and Evaluation

_Dawn R. Myers_
State GED Administrator of Testing Program

# TESTS OF GENERAL EDUCATIONAL DEVELOPMENT

**Name of Examinee:**

KIMBERLY    A    RICHARDSON

First      Middle      Last

**Address:**

786 CLINTON ST
COLUMBUS OH 43211

**Reported To:**

STATE GED OFFICE
OHIO DEPARTMENT OF EDUCATION
25 SOUTH FRONT STREET - 1ST FLOOR
COLUMBUS, OHIO 43215-4183
TELEPHONE (614) 466-1577

| Date of Birth | Date Reported | Social Security Number |
|---|---|---|
| 03/24/1974 | 11/29/2001 | 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 |

*DATE MAY REFLECT TEST START DATE ONLY*

| | Form | Standard Score | Percentile Rank (for U.S.) |
|---|---|---|---|
| Test 1: Writing Skills.......... | AP | 48 | 44 |
| Test 2: Social Studies......... | AP | 51 | 52 |
| Test 3: Science................. | AP | 53 | 61 |
| Test 4: Interpreting Literature and The Arts... | AP | 49 | 47 |
| Test 5: Mathematics........... | AP | 51 | 54 |
| **Total:** | | 252 | |

**Standard Score Average:**    50.4    **PASSE**

**Name of Test Center** : Franklin Pre-Release

**Address of Test Center:** P. O. Box 23651
Columbus, OH 43223

CENTER IDENTIFICATION NO.
300038025 2

**Date Issued**

12/14/2001

220041

Joan R. Myers
State GED Administrator of Testing Program

# Stratford  Career Institute

Washington, DC

This is to Certify that

## Kimberly A. Richardson

*Has completed a course of studies in*

## Business Management

*and, in testimony whereof this*

## DIPLOMA

### WITH HIGHEST HONORS

*is awarded*

*In witness whereof we have hereto subscribed our names and affixed the academic seal of the school on this 6th day of October 2006*

Vice President / Director of Education

Registrar



# Stratford Career Institute

1010 Vermont Avenue NW, Suite 805
Washington DC 20005
Tel.: 1-800-435-5338

Offices At:
8675 Darnley, Mount Royal, QC H4T 1X2
58 Federal St., St. Albans, VT 05478

October 06, 2006

Kimberly A. Richardson
66184-061
F.C.I. Danbury
33 1/2 Pembroke Station
Danbury CT 06811-2974

Dear Kimberly A. Richardson,

Congratulations on the completion of your course!

I am confident that your career options are excellent after seeing your 96% average.
You have most certainly put your best effort into this course.

Please find your SCI diploma enclosed. Along with it, I am sending you a copy of
your transcript of grades and our "Guide to Winning the Job Search Battle."

Sometime in the future, you may wish to enrol in another SCI program. Now that you
are one of our graduates, I would like to take this opportunity to offer you a $100.00 bursary to
put towards the tuition of any of our programs which are listed in the enclosed calendar.

If you would be interested in this bursary, or if I can ever be of service to you, please
call me. SCI's toll-free line is 1-800-363-0058. I am available between 8:30am and 5pm, from
Monday to Thursday, and until 4pm on Friday.

Best wishes for success in all your future endeavours.

Sincerely,

Linda Mansourian
Registrar

encl



**Stratford Career Institute**
733 15ᵗʰ Street NW, Suite 1100
Washington DC 20005

*Official Transcript of Grades*

Kimberly A. Richardson                                        Date: October 06, 2006
66184-061                                                     Student Number: E510971
F.C.I. Danbury                                                Average Grade: 96%
33 1/2 Pembroke Station                                      Diploma Awarded
Danbury CT
06811-2974

**Business Management Program**

**Session I**

| | |
|---|---|
| AJD1-A: Characteristics Of Business; Types Of Economic Systems; Fundamental Characteristics Of Capitalism; Proprietorships, Partnerships, And Corporations; Information And Communication | 70% |
| AJD1-B: Planning And Organizing; Operation Of Main Management Areas Including Production, Warehousing, Shipping And Dispatching, Administration & Finance, Marketing & Sales, And Human Resources | 88% |
| AJD1-C: Desirable Qualities For Successful Management; Ways To Build Or Improve Business Qualities; Guidelines For Effective Meetings; Conflict Resolution; Stress Causes And Triggers In The Workplace | 70% |

**Session II**

| | |
|---|---|
| AJC2-A: Characteristics Of Business; Impact Of Global Competition; Business Growth & Prosperity; Entrepreneurship; Intrapreneurship; Importance Of Studying Business Principles & Management | 100% |
| AJC2-B: Human & Natural Resource Issues; Ethical Issues; Social Responsibility Of Business; The Future | 100% |
| AJC2-C: Economic Environment Of Business; Economic Systems; Fundamentals Of Capitalism; Managing The Economy | 100% |
| AJC2-D: Forms Of International Business; Multinational Firms; Reasons For Growth In International Business; Theories Of International Trade; Balance Of Trade; Career Opportunities | 95% |
| | 100% |

Page 1



**Stratford Career Institute**
733 15ᵗʰ Street NW, Suite 1100
Washington DC 20005

Student Number: E510971

### Session III

| | | |
|---|---|---|
| AJC3-A: | Proprietorships & Partnerships; Corporate Forms Of Business Ownership | 100% |
| AJC3-B: | Regulations Maintaining Competition; Protecting Business & The Public; State & Local Regulations; Business Taxes | 95% |
| AJC3-C: | Managing Technology; Information Systems; Effects Of Technology On Work & Workers; E-Commerce | 100% |
| AJC3-D: | The Communication Process; Corporate Communications & Problems; Improving Organizational Communications | 100% |

### Session IV

| | | |
|---|---|---|
| AJC4-A: | Management Functions & Decision Making; The Manager As Leader | 100% |
| AJC4-B: | Planning And Organizing; Implementing And Controlling | 100% |
| AJC4-C: | Financial Records In A Business; Financial Analysis Of A Business; Financing A Business | 100% |
| AJC4-D: | Financial Institutions & Common Banking Services; Investment Instruments & Decisions; Credit & Insurance | 100% |

### Session V

| | | |
|---|---|---|
| AJC5-A: | Product Planning & Production Management; Nature & Scope Of Marketing | 100% |
| AJC5-B: | Product Development & Distribution; Pricing & Promotion | 100% |
| AJC5-C: | Human Resources Activities; Selecting Personnel; Promoting, Transferring, And Releasing Employees; Employee Benefits & Compensation | 100% |
| AJC5-D: | The New Employee Environment; Organizational & Career Development; Improving Employee Performance | 100% |

Page 2

# MS Office Suite 2003
## Vocational Training

### Kimberly Westmoreland

has satisfactorily completed
the requirements of the MS Word 2003
Exploratory Vocational Program.

(54 Hours)



October 3, 2007

B. Henderson, Education Specialist



# Adult Continuing Education
## Introduction to Technology

### Kimberly Westmoreland

has satisfactorily completed
the requirements of
Information Technology Today
(30 Hours)

June 27, 2007

*Henderson Education Specialist*

# Chef Talk

This document certifies

## Kimberly Westmoreland

for completing all required coursework and training,
and demonstrating knowledge of Chef Talk,
successfully completing the SFF Hazelton Training.

June 12, 2007

J. Garcia, Instructor

Certificate of Training

This document certifies

**Kimberly Westmoreland**

for completing all required training,
and demonstrating knowledge of H.A.C.C.P.
completing the SFF Hazelton Training Course.

June 1, 2007

J. Garcia, Instructor

# CERTIFICATE

This is to certify that on June 3, 2005

## Kim Westmoreland

*Successfully completed Danbury/Unicor*
*Electronics Advanced Blue Print Reading Course*



David Gold, Factory Manager

Bill Bondy, Associate Warden

# Certificate of Training

This document certifies

## Kimberly Westmoreland

for completing all required training,
and demonstrating knowledge of Insurance and Invest.
completing the SFF Hazelton ACE Course.

May 3, 2007

M. Arviza, ACE Coordinator

# CERTIFICATE

*This is to certify that in the month of July, 2005*

## Kimberly Westmoreland

*Successfully completed the Danbury Worker Proficiency Course*
*Based on J-STD-001B and has demonstrated*
*A thorough understanding of the subject*

Jans Tamayo, Instructor



NO. 0334

Bill Bondy, SOI

# Certificate of Completion

Awarded to:

## KIMBERLY WESTMORELAND.

FOR SUCCESSFULLY COMPLETING THE COURSE REQUIREMENTS IN THE FIELD OF

### BASIC ENGLISH

THIS CERTIFICATE IS HEREBY ISSUED THIS 13th DAY OF AUGUST, 2004

_T. Zabotowski_, A.C.E. Coordinator

_Dianne Wilson_, Supervisor of Education

# Certificate of Completion

*Awarded to:*

## Kim Westmoreland

*FOR SUCCESSFULLY COMPLETING THE COURSE REQUIREMENTS OF*

## HOW TO USE THE LAW LIBRARY

**THIS CERTIFICATE IS HEREBY ISSUED THIS 8th DAY OF JANUARY, 2005**

_____
T. Zaborowski, A.C.E. Coordinator

_____
D. Wilson, Supervisor of Education



*Presented to:*

# Kimberly Westmoreland

For successfully completing the course requirements of

## Job Readiness

This certificate is hereby issued on this 3rd day of November, 2005

D. Wilson, Supervisor of Education

T. Zaborowski, A.C.E. Coordinator

Certificate of Participation in Consumer Credit Seminar
is awarded on November 17th , 2005, to:

*Kimberly Westmoreland*

D. WILSON, SOE

T. ZABOROWSKI, ACE COORD



# Certificate of Completion

Presented To:

*Kimberly Westmoreland*

This is hereby issued this 5th day of May 2005,
for the successful 8 week completion of

*Basic Money Management*

T. Zaborowski, A.C.E. Coordinator

D. Wilson, Supervisor of Education



# Certificate of Training

Presented to:

## Kimberly Westmoreland

For Successfully Completing
a 12-Hour HIV/AIDS Peer Education
Training Course.

*Educate Your Sisters*,

Presented on the 14th day of February, 2005
By Our Place, DC

1236 Pennsylvania Avenue, SE ■ Washington, DC 20003
*Phone:* 202-548-2400 ■ *Fax:* 202-548-2403 ■ *Website:* www.ourplacedc.org

February 14, 2005

Kimberly Westmoreland
FCI-Danbury
33½Pembroke Station
Route 37
Danbury, CT 06811-3099

Hello Kimberly,

It was a pleasure having you in the Educate Your Sisters course. We enjoyed teaching you and appreciated your enthusiasm to learn. Enclosed are your Certificate of Training (stating that you are trained as an HIV/AIDS Peer Educator), a copy of your permission to follow-up form, and copies of both your Pre and Post-Tests from the course. Upon your request, we will start sending you Our Place Newsletters as they are published throughout the year. We will also send you the most recent HIV/AIDS materials and magazines as they are released. We hope that the class was useful and that it helped to further your knowledge on HIV and AIDS. Knowledge is power and hopefully you will continue to educate your sisters

Please do not hesitate to contact us if you have additional questions or need anything else. Take care and we wish you the best.

Sincerely,

*Suzanne Kinsky*
Suzanne Kinsky
HIV Services Coordinator

*Allison Bekoff*
Allison Bekoff
HIV/AIDS Educator

*Celebrating
5 years of
helping women
find their place,
one woman at
a time.*


ourPlaceDC



# Certificate of Completion

## Kimberly Westmoreland

*has completed 12 hours of peer education in infectious diseases, cultural awareness and harm reduction.*

## Reach One Teach One

Benefitting Women at FCI Danbury encouraging self-knowledge, self-esteem and confidence.

*Presented this certificate*
*this day of December 11, 2004*



Joel D. Wardenburg, Public Health Educator
FCI/FPC Danbury, Connecticut



# Culinary Arts Program

This certificate is presented to

## Kimberly Westmoreland

for successfully completing the
"70 Hour Exploratory Phase"

Presented this 16th day of July 2004

Orlando Ortiz
Culinary Arts Instructor

Dianne Wilson
Supervisor of Education

# Raleigh County Board of Education

## Academy of Careers and Technology

# *JOB READINESS*

## KIMBERLY WESTMORELAND

has satisfactorily completed
50 HOURS OF
JOB READINESS TRAINING
and is hereby awarded this
Career and Technical Certificate

CTE Director
Glenn Smith

Supervisor of Education
Joy Bowling

Instructor

JULY 5, 2011

# Certificate of Achievement

## This certifies that

KIM WESTMORELAND

### has satisfactorily completed

YOUR CHECKING ACCOUNT

Consisting of __12__ Hours of Training

This certificate is hereby issued this __26TH__ day of __NOVEMBER__ , 20__10__

_____
MRS. MARTIN, EDUCATION SPECIALIST

_____
MRS. BOWLING, S.O.E.

# Certificate of Achievement

This certifies that

**KIM WESTMORELAND**

has satisfactorily completed

**ADVANCED KEYBOARDING**

Consisting of ___ 16 ___ Hours of Training

This certificate is hereby issued this ___ 29TH ___ day of ___ DECEMBER ___, 20 ___ 10

_____
MRS. MARTIN, EDUCATION SPECIALIST

_____
MRS. BOWLING, S.O.E.

# Certificate of Achievement

**This certifies that**

KIM WESTMORELAND

**has satisfactorily completed**

KEYBOARDING

**Consisting of** 40 **Hours of Training**

This certificate is hereby issued this 26 day of JULY , 20 10



T. MARTIN, EDUCATION SPECIALIST



JOY BOWLING, B.O.E.

# Certificate of Achievement





This certifies that

KIMBERLY WESTMORELAND

has satisfactorily completed

CAREER PLANNING—RESUME

Consisting of ___12___ Hours of Training

This certificate is hereby issued this ___27TH___ day of ___SEPTEMBER___, 20 __10__



_____
HEATHER, SPRADLIN, EDUC. SPECIALIST





_____
JOY BOWLING, S.O.B.



Certificate of Achievement

This certifies that

Kimberly Westmoreland

has successfully completed the Archaeology satellite course.

This certificate is hereby issued this 12st day of November 2010.

Lucinda Ayres, Contract Librarian

Joy Bowling, Supervisor of Education



# Certificate of Completion

## MS Office Suite 2003 Vocational Training

*Whereas*

**Kimberly Westmoreland**

has successfully completed the skills & requirements in the

## MS Office Suite 2003 Vocational Training
### (123 hours - Marketable Course)

Secure Female Facility Hazelton, WV

And is thereby granted this Certificate of Completion

Dated this Eighteenth day of September,

Two Thousand and Eight

Education Specialist

# Certificate of Achievement

## This certifies that

KIMBERLY WESTMORELAND

## has satisfactorily completed

ACE BUSINESS CALCULATOR

Consisting of __20__ Hours of Training

This certificate is hereby issued this __2__ day of __JUNE__, 20 __10__



_____
MRS. MARTIN, EDUCATION SPECIALIST

_____
MRS. BOWLING, S.O.E.

# Certificate of Achievement

## This certifies that

KIM WESTMORELAND

## has satisfactorily completed

TECHNOLOGY 101

Consisting of __2__ Hours of Training

This certificate is hereby issued this __31__ day of __MARCH__ , 20 __10__



MRS. MARTIN, EDUCATION SPECIALIST



MRS. BOWLING, S.O.E.

# MACHINE SHOP APPRENTICE PROGRAM

## CERTIFICATE OF COMPLETION

### IS HEREBY PRESENTED TO

## Kimberly Westmoreland

For Successfully Completing Lesson Title No. 8

How To Grind Single Point Tools

Lesson Title

June 7, 2006

Date of Completion

E. R. Gandy, O.J.T Instructor

# MACHINE SHOP APPRENTICE PROGRAM

## CERTIFICATE OF COMPLETION

### IS HEREBY PRESENTED TO

*Kimberly Westmoreland*

For Successfully Completing Lesson Title No. _7_

**Layout Work & Shop Safety**
Lesson Title

**May 31, 2006**
Date of Completion

E. R. Ganly, O.J.T Instructor

# MACHINE SHOP APPRENTICE PROGRAM

## CERTIFICATE OF COMPLETION

### IS HEREBY PRESENTED TO

*Kimberly Westmoreland*

For Successfully Completing Lesson Title No. __6__

__Setup Tools__
Lesson Title

__May 24, 2006__
Date of Completion

E. R. Gatly, O.J.T Instructor

# CERTIFICATE OF COMPLETION

## IS HEREBY PRESENTED TO

## Kimberly Westmoreland

*For Successfully Completing Lesson Title No. 5*

Setup Measurements
Lesson Title

May 17, 2006
Date of Completion

E. R. Gandy, O.J.T Instructor

# MACHINE SHOP APPRENTICE PROGRAM

# MACHINE SHOP APPRENTICE PROGRAM

## CERTIFICATE OF COMPLETION

### IS HEREBY PRESENTED TO

*Kimberly Westmoreland*

For Successfully Completing Lesson Title No. 4

Principles of Machining
Lesson Title

May 10, 2006
Date of Completion

E. R. Ganly, O.J.T Instructor

# MACHINE SHOP APPRENTICE PROGRAM

## CERTIFICATE OF COMPLETION

### IS HEREBY PRESENTED TO

## Kimberly Westmoreland

For Successfully Completing Lesson Title No. 3

Units of Measurements
Lesson Title

May 3, 2006
Date of Completion

E. R. Gandy, O.J.T Instructor

# MACHINE SHOP APPRENTICE PROGRAM

## CERTIFICATE OF COMPLETION

### IS HEREBY PRESENTED TO

## Kimberly Westmoreland

For Successfully Completing Lesson Title No. 2

Reading Blue Prints – Machine Parts

Lesson Title

April 26, 2006

Date of Completion

E. R. Ganly, O.J.T Instructor

# MACHINE SHOP APPRENTICE PROGRAM

## CERTIFICATE OF COMPLETION

### IS HEREBY PRESENTED TO

## Kimberly Westmoreland

For Successfully Completing Lesson Title No. 1

*Introduction to Blue Prints*
Lesson Title

**April 19, 2006**
Date of Completion

E. R. Gandy, O.J.T Instructor



# Certificate of Completion

This is to certify that the under named participant has successfully completed

S.E.T. Hazelton's Anatomy Class on 02/22/2007.

K. Westmorela

S.E.T. Hazelton

B. Lisl
B. Lisl, Recreation Specialist

Wellness Programs



# Certificate of Accomplishment

*Presented to:*

## Kimberly Westmoreland

Let it be known that on this 31st day, of July in the year of 2005, you have successfully completed 8 weeks of Country Line Dancing.

M. Plaisted, Instructor

D. Tomlinson, Rec. Specialist

CERTIFICATE OF

# ACHIEVEMENT

## Kim Westmoreland

### CROCHET CLASS

Class Instructor: Phyllis Hardy



CERTIFICATE OF

# ACHIEVEMENT

## *Westmoreland Kim*

### BIKING

Recreation Department, Danbury, CT.

CERTIFICATE OF

# ACHIEVEMENT

## Westmoreland Kim

**WALKING**

A.Misiolek, Recreation Specialist



# FPC Alderson Recreation

## Certificate of Achievement

This Certifies That

**KIMBERLY WESTMORELAND**

has satisfactorily completed

**BRISKWALKING**
**500 MILES**

Consisting of _____ 50 _____ Hours of Training

Given at Alderson, WV, this _24TH_ day of _JULY_, 2011

D. PILSON, REC. SPEC.



# FPC Alderson Recreation

## Certificate of Achievement

### This Certifies That

**KIMBERLY WESTMORELAND**

*has satisfactorily completed*

**BRISKWALKING 300 MILES**

Consisting of ____ 75 ____ Hours of Training

Given at Alderson, WV, this ____ 23 ____ day of ____ MAY ____, 2011

D. PILSON, REC. SPEC.



# Certificate of Achievement

Thank you for your participation in the 5k run/walk during Breast cancer awareness day April 26, 2012.

Kimberly Nisewonder land
Participant

D. Daly, HSU

M. DeMarco, SOR

M. Baird, WARDEN

# Certificate of Achievement



**This certifies that**

KIMBERLY WESTMORELAND

**has satisfactorily completed**

NUTRITION

Consisting of ___6___ **Hours of Training**

This certificate is hereby issued this ___11TH___ day of ___JULY___, 20 11





H. SPRADLIN, EDUC. SPECIALIST

JOY BOWLING, S.O.E.



# Certificate of Achievement

This certifies that

KIM WESTMORELAND

has satisfactorily completed

BEGINNING LEATHER CLASS

Consisting of ___16___ Hours of Training

This certificate is hereby issued this ___8___ day of ___DECEMBER___, 20__09__



RECREATION SPECIALIST

# CERTIFICATE OF COMPLETION

## WESTMORELAND

### THE ABOVE NAMED PARTICIPANT HAS SUCCESFULLY COMPLETED THE ORIGAMI CLASS.

B.SHEARER, RECREATION SPECIALIST

05-04-2007

# Certificate of Achievement

### This certifies that

KIMBERLY WESTMORELAND

## has satisfactorily completed

DRAWING

## Consisting of ___6___ Hours of Training

This certificate is hereby issued this ___29TH___ day of ___JUNE___, 20 _10_



D. MORGAN, REC. SPEC.



# Walking for Wellness

Awarded To

## WESTMORELAND
## 66184-061

for participation in the
RECREATION 100 MILE Wellness Walk
promoting health awareness and physical activity.



M. GALAZ

June 21, 2009

Case: 2:03-cr-00189-GCS-TPK Doc #: 55-2 Filed: 07/12/12 Page: 53 of 78 PAGEID #: 385



# Walking for Wellness

Awarded To

**KIMBERLY WESTMORELAND 66184-061**

for achieving 130 self-paced miles in the FCI WASECA Summer 2009 Wellness Walk promoting health awareness and physical activity.

October 25, 2009

# Certificate of Completion

This is to certify that the under named participant has successfully completed

## K.R. Hazelton's Nutrition Class on 05/05/2007.

### K. Westmoreland

K.R. Hazelton

R. Link, Recreation Specialist

Wellness Programs



# AMERICAN BIBLE ACADEMY

**GRADE REPORT**
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: Kimberly Westmoreland
STUDENT ID #: 232472

COURSE: Christian Doctrine Vol One
DATE: 5/31/05

| EXAM 1: | 84 | EXAM 2: | 92 | EXAM 3: | 94 | PAPER 1: | 0 |
| EXAM 4: | 0 | EXAM 5: | 0 | EXAM 6: | 0 | WORKBOOK | 0 |

FINAL GRADE: 90       CREDITS: 1

Grading Policy - The grading system used by A.B.A. is as follows:

| A+.....100-99% | A......98-95% | A-......94-90% |
| B+.....89-87% | B......86-84% | B-......83-80% |
| C+.....79-77% | C......76-74% | C-......73-70% |
| D+.....69-67% | D......66-64% | D-......63-60% | F.........59-0% |

Please update any changes in your mailing address.
Websites: www.abac.org • www.arm.org

---

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

**Kimberly Westmoreland**

upon successful completion of

Study Course Christian Doctrine Vol One

Awarded the 31st day of May , 2005

ACADEMIC DEAN

REGISTRAR

Websites: www.abarc.org • www.arm.org

Please update any changes in your mailing address.

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ .......100-99% | A ........98-95% | A- .......94-90% | B+ ......89-87% | B .......86-84% |
| B- .......83-80% | C+ ......79-77% | C ........76-74% | C- .......73-70% | D+ ......69-67% |
| D .......66-64% | D- .......63-60% | F ........59-0% | | |

CREDITS:  
FINAL GRADE: 0

| | | |
|---|---|---|
| EXAM 4: 0 | EXAM 5: 0 | EXAM 6: 0 | WORKBOOK 0 |
| EXAM 1: 84 | EXAM 2: 86 | EXAM 3: 91 | PAPER 1: 0 |

NAME: Kimberly Westmoreland  
STUDENT ID #: 232472  
COURSE: Christian Doctrine Vol Two  
DATE: 10/15/05

**GRADE REPORT**  
**AMERICAN BIBLE ACADEMY**  
**P.O. BOX 1627**  
**JOPLIN, MO 64802-1627**

REHABILITATION MINISTRIES  
MISSIONARY OUTREACH  
BIBLE ACADEMY  
AMERICAN

---

# AMERICAN BIBLE ACADEMY

## Presents this Certificate to

Kimberly Westmoreland

upon successful completion of

Study Course Christian Doctrine Vol Two

Awarded the 18th day of October 2015



ACADEMIC DEAN



REGISTRAR



**GRADE REPORT**
AMERICAN BIBLE ACADEMY
P.O. BOX 1490
JOPLIN, MO 64802

NAME: Kimberly Westmoreland
STUDENT ID #: 232472

COURSE: The Gospel According to John
DATE: 3/29/05

| EXAM 1: 94 | EXAM 2: 98 | EXAM 3: 94 | PAPER 1: 0 |
| EXAM 4: 0 | EXAM 5: 0 | EXAM 6: 0 | WORKBOOK: 0 |

FINAL GRADE: 95   CREDITS: 0

Grading Policy - The grading system used by A.B.A. is as follows:

| A+...100-99% | A...98-95% | A-...94-90% | B+...89-87% | B...86-84% |
| B-...83-80% | C+...79-77% | C...76-74% | C-...73-70% | D+...69-67% |
| D...66-64% | D-...63-60% | F.........59-0% | | |

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

Kimberly Westmoreland

upon successful completion of

Study Course The Gospel According to John

Awarded the 29th day of March, 2005

ACADEMIC DEAN

REGISTRAR



**God's Special Time**

# CERTIFICATE OF COMPLETION

presented to

## *Kimberly Westmoreland*

### KAIROS #6 ~ F.C.I. DANBURY

August 4-7, 2005

"And now I give you a new commandment: Love one another." John 13:34

Sister Anne Mary Raftery, Chaplain

Weekend Rector

Chairman, Connecticut KAIROS

# Certificate of Completion

This certifies that

*Kimberly Westmoreland*

Has successfully completed the

## 90 Days of Change

at Evangel Prison Ministries
PO Box 19229
Louisville, KY 40259

*May 19, 2005*

Date

*Kevin L. Miller*

Pastor's Signature

# Certificate of Achievement

Awarded to

## Kim Westmoreland

66184-061

For Successful Completion of Course I, NewLife Behavior Curriculum
"A Sense of Self"



**NewLife**
B E H A V I O R
Ministries

OFFERED AS A TEACHING EXTENSION OF
NewLife Behavior Ministries, 3833 S. Staples, Suite S 101, Corpus Christi, Texas 78411

*Bud Hufgatt*
President

*September 14, 2011*
Date

☐ Required Attendance ☑ Exemplary Participation ☐ Perfect Attendance ☑ Correspondence

# Certificate of Achievement

### This certifies that

KIM WESTMORELAND

### has satisfactorily completed

BELIEVING GOD

### Consisting of ___22___ Hours of Training

## This certificate is hereby issued this __16th__ day of __May__ , 20 __11__



THE REV. ELIZABETH A. WALKER, CHAPLAIN

# CONGR␣ ␣LATIONS!

October 6, 2010

Dear Kimberly,

I wanted to write and personally congratulate you on your recent baptism into Christ. You will never take a greater or more important step in life than this, because God's Word teaches us that it is in baptism, preceded by belief in Christ, repentance and con...., that God takes away all sins, and brings about a new life for us in Christ. We are .... person (Romans 6:3-5).

It is our intention to minister to, encourage and help you in every way possible to grow in the grace and knowledge of the Lord (II Peter 3:18) during your incarceration and ..... prepare to assist you in your walk with Jesus. This is especially critical after release, when so many things seem to work against an ex-offender "making it" in the free world.

We look forward to hearing from you soon!

Sincerely In Him,

Ron N. Goodman, Director
Federal Prison Outreach Ministry

Tennessee Prison Outreach Ministry/Federal Prison Outreach Ministry P. O. Box 419 Madison, TN 37116

# Certificate

of

## Baptism

**Kim Westmoreland**

has been immersed in the name of

## Jesus Christ

for the remission of sins

Acts 2:36-39; Acts 22:12-16; Romans 6:1-11; I Peter 3:18-21

on the 3rd day of *October*, 2010

_____

Minister

Federal Prison Outreach Ministry, Tennessee Prison Outreach Ministry PO Box 419, Madison, TN 37116  615-870-1125

Website: www.abare.org ● Please update any changes in your mailing address.

Grading Policy – The grading system used by A.B.A. is as follows:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A+ | 100-99% | A | 98-95% | A- | 94-90% | B+ | 89-87% |
| B | 86-84% | B- | 83-80% | C+ | 79-77% | C | 76-74% |
| C- | 73-70% | D+ | 69-67% | D | 66-64% | D- | 63-60% |
| F | 59-0% | | | | | | |

FINAL GRADE: 99       CREDITS:   1

EXAM 1:   98       EXAM 2:   99       EXAM 3:   99

NAME: Kimberly Westmoreland          STUDENT ID#: 232472

COURSE: The Book of Acts Vol One          DATE: 3/18/08



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

---

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

Kimberly Westmoreland

upon successful completion of

Study Course _____ The Book of Acts Vol One _____

Awarded the _____ 18th _____ day of _____ March _____ , _____ 2008 _____ .



_Joseph Nichols_
ACADEMIC DEAN

_Mrs. Diane Nichols_
REGISTRAR

AMERICAN
P.O. Box 1490 ● Joplin, MO 64802 ● 417/781-9100




Please update any changes in your mailing address.

**Grading Policy** - The grading system used by A.B.A. is as follows:

| | | | |
|---|---|---|---|
| A+ ....... 100-99% | A ....... 98-95% | A- ....... 94-90% | B+ ....... 89-87% |
| B ....... 86-84% | B- ....... 83-80% | C+ ....... 79-77% | C ....... 76-74% |
| C- ....... 73-70% | D+ ....... 69-67% | D ....... 66-64% | D- ....... 63-60% |
| F ....... 59-0% | | | |

**FINAL GRADE:** 99        **CREDITS:** 1

EXAM 1: 100        EXAM 2: 99        EXAM 3: 100

COURSE: The Book of Acts, Vol. Two        DATE: 10/28/08

NAME: Kimberly Westmoreland        STUDENT ID#: 232472

## GRADE REPORT
### AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

---

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

Kimberly Westmoreland

upon successful completion of

Study Course        The Book of Acts, Vol. Two

Awarded the ____28th____ day of ____October____, ____2008____.

_Joseph Webb_
ACADEMIC DEAN

_Mrs. Linda Webb_
REGISTRAR



# Emmaus Correspondence School

*This certifies that*

**KIMBERLY WESTMORELAND**

*has successfully completed*
units of study
*by correspondence*

ISSUED AT _____     DATE _____

GLENSIDE, PA          04/30/2005

CORRESPONDENCE SCHOOL DIRECTOR _____

BILL HULSHIZER

the things concerning himself



# ood News Jail & Prison Ministry

## Bible Correspondence Course

This Certifies that

*Kim Westmoreland*

has successfully completed

*Saint John Unit 2*

2230 East Parham Road · Richmond, VA · 1228-2226

**06/10/2008**

Date

D. Cross

Course Administrator

# Certificate

### This certifies that

*Kimberly Ann Westmoreland*

has satisfactorily completed the Lamp and Light Bible course

## THE FIRST STEP

having earned a grade of

83%

*"Continue thou in the things which thou hast learned and hast been assured of." (2 Timothy 3:14).*

Director                              Teacher

July 23, 2004

Lamp and Light Publishers, Inc.   26 Road 5577, Farmington  NM 87401 USA



**Bible Correspondence Course**
*Certificate*

**HONORS**

Kimberly Westmoreland , having satisfactorily completed

**A Country Called Heaven,** is granted this Certificate by Source of Light
Ministries International in recognition of this achievement on the 18th
day of June in the year of our Lord 2008 .

*Source of Light Schools*

General Director
SLM International

International Schools Director
SLM International

Representative

CCH (R 807)

The things that thou hast heard of me among many witnesses, the same commit thou to
faithful men, who shall be able to teach others also.
2 Timothy 2:2



**Certificate of Completion**

THIS IS TO CERTIFY THAT

*Kimberly Westmoreland*

WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING

THE BIBLE STUDY COURSE *Assurance*

ON THIS *11th* DAY OF *April* *2005*

GRADE: 101

THIS CERTIFICATE IS PRESENTED BY

THE ROCK OF AGES PRISON MINISTRY PRISONERS BIBLE INSTITUTE

CLEVELAND, TENNESSEE

ROCK OF AGES REPRESENTATIVE

Director
TITLE

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Timothy 2:15

---

**Certificate of Completion**

THIS IS TO CERTIFY THAT

*Kimberly Westmoreland*

WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING

THE BIBLE STUDY COURSE *Baptism*

ON THIS *11th* DAY OF *April* *2005*

GRADE: 73

THIS CERTIFICATE IS PRESENTED BY

THE ROCK OF AGES PRISON MINISTRY PRISONERS BIBLE INSTITUTE

CLEVELAND, TENNESSEE

ROCK OF AGES REPRESENTATIVE

Director
TITLE

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Timothy 2:15

*Rock of Ages Prison Ministry*

*Certificate of Completion*

*Presented To*

*For having successfully completed with honors the course of*

*October 11, 2010*

Course Grade 100

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Timothy 2:15

*Dr. Charles W. Long*

*Director of Discipleship Institute*

*Cleveland, Tennessee*

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth" II Timothy 2:15

# Certificate of Completion

**THIS IS TO CERTIFY THAT**

*Kimberly Westmoreland*

**WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING**

**THE BIBLE STUDY COURSE** *Mark*

**ON THIS** *25th* **DAY OF** *July* *2005*

**GRADE:** 96

**THIS CERTIFICATE IS PRESENTED BY**

***THE ROCK OF AGES PRISON MINISTRY PRISONERS' BIBLE INSTITUTE***

***CLEVELAND, TENNESSEE***

Charles W. Long — ROCK OF AGES REPRESENTATIVE

Director — TITLE

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth" II Timothy 2:15

# Certificate of Completion

### THIS IS TO CERTIFY THAT

## *Kimberly Westmoreland*

WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING

THE BIBLE STUDY COURSE    *Matthew*

ON THIS   *25th*   DAY OF   *July*    *2005*

GRADE:   94

### THIS CERTIFICATE IS PRESENTED BY

THE ROCK OF AGES PRISON MINISTRY PRISONERS' BIBLE INSTITUTE

CLEVELAND, TENNESSEE

*Charles W. Song* Director
ROCK OF AGES REPRESENTATIVE    TITLE

---

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth" II Timothy 2:15

# Certificate of Completion

### THIS IS TO CERTIFY THAT

## *Kimberly Westmoreland*

WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING

THE BIBLE STUDY COURSE    *Prayer*

ON THIS   *10th*   DAY OF   *May*    *2005*

GRADE:   101

### THIS CERTIFICATE IS PRESENTED BY

THE ROCK OF AGES PRISON MINISTRY PRISONERS' BIBLE INSTITUTE

CLEVELAND, TENNESSEE

*Charles W. Song* Director
ROCK OF AGES REPRESENTATIVE    TITLE

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth" II Timothy 2 15

*Certificate of Completion*

THIS IS TO CERTIFY THAT

*Kimberly Westmoreland*

WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING

THE BIBLE STUDY COURSE  *Bible*

ON THIS  *11th*  DAY OF  *April*  *2005*

GRADE:  105

THIS CERTIFICATE IS PRESENTED BY

*THE ROCK OF AGES PRISON MINISTRY PRISONERS' BIBLE INSTITUTE*

*CLEVELAND, TENNESSEE*

*Charles W. Long*                    Director
ROCK OF AGES REPRESENTATIVE               TITLE

---

"Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth" II Timothy 2 15

*Certificate of Completion*

THIS IS TO CERTIFY THAT

*Kimberly Westmoreland*

WAS AWARDED THIS CERTIFICATE FOR SUCCESSFULLY COMPLETING

THE BIBLE STUDY COURSE  *That Ye May Know*

ON THIS  *15th*  DAY OF  *March*  *2005*

GRADE:  90

THIS CERTIFICATE IS PRESENTED BY

*THE ROCK OF AGES PRISON MINISTRY PRISONERS' BIBLE INSTITUTE*

*CLEVELAND, TENNESSEE*

*Charles W. Long*                    Director
ROCK OF AGES REPRESENTATIVE               TITLE





*Emmaus Correspondence School*

This is to certify that

**KIMBERLY WESTMORELAND**

has completed the home Bible study course

**A Journey Through the Bible**

with a grade of 100 %.

Emmaus Correspondence School
**Glenside, PA**

**Bill Hulshizer**                    03/15/2005

Director                             2 Timothy 2:15





*Emmaus Correspondence School*

This is to certify that
KIMBERLY WESTMORELAND

has completed the home Bible study course
Lessons for Christian Living

with a grade of 91 %.

Emmaus Correspondence School
Glenside, PA

Bill Hulshizer          04/30/2005
Director                    2 Timothy 2:15



*Emmaus Correspondence School*

This is to certify that
KIMBERLY WESTMORELAND

has completed the home Bible study course
I'll Take the High Road

with a grade of 98 %.

Emmaus Correspondence School
Glenside, PA

Bill Hulshizer          05/18/2005
Director                    2 Timothy 2:15



*Emmaus Correspondence School*

This is to certify that
KIMBERLY WESTMORELAND

has completed the home Bible study course
Doing Time With Jesus

with a grade of 100 %.

Emmaus Correspondence School
Glenside, PA

Bill Hulshizer          03/15/2005
Director                    2 Timothy 2:15



Certificate 1 (left):

Emmaus Correspondence School

This is to certify that

KIMBERLY WESTMORELAND

has completed the home Bible study course

Guide to Christian Growth

with a grade of 87 %.

Emmaus Correspondence School
Glenside, PA

Bill Hulshizer
Director

04/30/2005

2 Timothy 2:15

Certificate 2 (right):

Emmaus Correspondence School

This is to certify that

KIMBERLY WESTMORELAND

has completed the home Bible study course

What the Bible Teaches

with a grade of 96 %.

Emmaus Correspondence School
Glenside, PA

Bill Hulshizer
Director

2 Timothy 2:15



Emmaus Correspondence School

This is to certify that

KIMBERLY WESTMORELAND

has completed the home Bible study course

Born to Win

with a grade of 96 %.

Emmaus Correspondence School
Glenside, PA

Bill Hulshizer
Director

07/23/2004

2 Timothy 2:15



